# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE SITTING AT NASHVILLE

| | |
|---|---|
| CRAIG CUNNINGHAM, pro se, | ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: 3:15-cv-00893 ) |
| v. | ) Chief Judge Kevin H. Sharp ) Magistrate Judge E. Clifton Knowles |
| NATIONAL PAYMENT SYSTEMS OR, LLC d/b/a PRESTIGE PAYMENTS; BRADLEY LAW; NATIONAL PAYMENT SYSTEMS, LLC; and JONATHAN a/k/a JON BECKMAN | ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures below, the parties, Plaintiff Craig Cunningham and Defendants, National Payment Systems, LLC, National Payment Systems OR, LLC, Bradley Law and Jonathan Beckman, have agreed and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice. All the claims of Plaintiff are, therefore, DISMISSED with full prejudice against refiling. Each party shall bear its or his own attorney's fees and expenses.

ENTERED this _____ day of _____, 2016.

_____
KEVIN H. SHARP
United States District Judge

1

APPROVED FOR ENTRY,

HEATH & STEINBECK, LLP

By: /s/ Steven A. Heath
Steven A. Heath (admitted pro hac vice)
5777 W. Century Blvd.
Suite 1670
Los Angeles, California 90045
Tel: (213) 335-6245
Fax: (213) 335-6246
saheath@heathsteinbeck.com


LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.

By: /s/ Emily H. Mack
Emily H. Mack, BPR No. 31217
424 Church Street
Suite 2500
P.O. Box 198615
Nashville, TN 37219-8615
emack@lewisthomason.com

*Attorneys for Defendants
National Payment Systems, LLC,
National Payment Systems OR, LLC,
Johnathan Beckman, and Bradley Law*

By: /s/ Craig Cunningham
Craig Cunningham
5543 Edmondson Pike, Ste. 248
Nashville, TN 37211

*Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 25th day of January, 2016, a copy of the foregoing Stipulation of Dismiss With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Craig Cunningham  
5543 Edmondson Pike, Ste. 248  
Nashville, TN 37211

                                  /s/    Emily H. Mack